01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                             AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )   CASE NO. MJ 13-385
09          Plaintiff,                   )
                                         )
10          v.                           )
                                         )   DETENTION ORDER
11  ROGER ALLEN YBARRA BERGER,           )
                                         )
12          Defendant.                   )
    _____     )

13

14  <u>Offense charged</u>:      Conspiracy to Possess Methamphetamine and Heroin with Intent to

15  Distribute; Possession with Intent to Distribute Methamphetamine and Heroin

16  <u>Date of Detention Hearing</u>:    August 6, 2013.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably

20  assure the appearance of defendant as required and the safety of other persons and the

21  community.

22  / / /

    DETENTION ORDER
    PAGE -1

01        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02        1.        Defendant has been charged in the District of Montana (CR13-36 BLG-SEH)

03   with a drug offense, the maximum penalty of which is in excess of ten years.   There is

04   therefore a rebuttable presumption against defendant as to both dangerousness and flight risk,

05   under 18 U.S.C. § 3142(e).   In addition, the two offenses with which defendant is charged each

06   carry mandatory minimum terms of imprisonment.

07        2.        Defendant has a significant substance abuse history and an unstable residence

08   and employment history.   His proposed release address is with the Salvation Army

09   Rehabilitation Center in Seattle.

10        3.        There are five failures to appear with bench warrant activity in his criminal

11   history since 2010, with active, extraditable warrants in Washington State.

12        4.        Taken as a whole, the record does not effectively rebut the presumption that no

13   condition or combination of conditions will reasonably assure the appearance of the defendant

14   as required and the safety of the community.

15   It is therefore ORDERED:

16     1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

17         General for confinement in a correction facility separate, to the extent practicable, from

18         persons awaiting or serving sentences or being held in custody pending appeal;

19     2.  Defendant shall be afforded reasonable opportunity for private consultation with

20         counsel;

21     3.  On order of the United States or on request of an attorney for the Government, the

22         person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

01   the defendant to a United States Marshal for the purpose of an appearance in connection

02   with a court proceeding; and

03   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

04   for the defendant, to the United States Marshal, and to the United State Pretrial Services

05   Officer.

06   DATED this 6th day of August, 2013.

07

08
_____
Mary Alice Theiler
09
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3